NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7055

KENNETH L. JORDAN,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 07-3428, Judge John J. Farley, III.

ON MOTION

ORDER

Upon consideration of Kenneth L. Jordan's motion for an extension of time to file his informal brief (form enclosed),

IT IS ORDERED THAT:

The motion is granted. Jordan's brief is due within 60 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

MAR 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2009

JAN HORBALY
CLERK

cc: Kenneth L. Jordan (informal brief form enclosed)
David F. D'Alessandris, Esq.

s8